Magistrate Judge Paula L. McCandlis

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ20-560PLM |
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |
| JESUS LERMA-JARAS et. al, | |
| Defendants. | |

C. Andrew Colasurdo, Assistant United States Attorney for the Western District of Washington, hereby appears as counsel for the United States of America in the above-referenced matter.

//
//
//

NOTICE OF APPEARANCE- 1
*United States v. Lerma-Jaras et. al, MJ20-560PLM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     C. Andrew Colasurdo is now counsel of record for this case on behalf of the United
2 States. Undersigned counsel respectfully requests that all pleadings, court documents, and
3 correspondence be forwarded to the below-listed AUSA:

        C. Andrew Colasurdo
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: (206) 553-4075
        Email: Andy.Colasurdo@usdoj.gov

9     DATED this 4th day of September, 2020.

        Respectfully submitted,

        BRIAN T. MORAN
        United States Attorney

        *s/ C. Andrew Colasurdo*
        C. ANDREW COLASURDO
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: (206) 553-4075
        Email: Andy.Colasurdo@usdoj.gov

NOTICE OF APPEARANCE- 2
*United States v. Lerma-Jaras et. al, MJ20-560PLM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record to the defendant(s).

<u>*s/ Joseph Fonseca*</u>
JOSEPH FONSECA
Docketing Technician
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4432
Fax Number: (206) 553-4440
Email: joseph.fonseca@usdoj.gov

NOTICE OF APPEARANCE- 3
*United States v. Lerma-Jaras et. al, MJ20-560PLM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970