Honorable Michelle Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIONEL GONZALEZ-TORRES,<br><br>Defendants. | Case No. MJ 20-560-2<br><br>RESPONSE TO MOTION FOR DETENTION<br><br>*Hearing Date: September 9, 2020 @ 11:00am* |

Defendant Gonzalez-Torres hereby responds to the Government's Motion for Detention, and requests that this Court order his pre-trial release upon conditions it deems appropriate.

Defendant Gonzalez-Torres is a 24-year-old, U.S. citizen, with no prior arrests, charges or convictions. He was born, and primarily raised in Washington.

Response to Motion for Detention - 1

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020

Undersigned counsel has verified that he works full time as a carpenter for Greater Seattle Concrete (17010 9th Ave. SE, Mill Creek, WA; gsconcrete.com). His supervisor is aware of his recent arrest, but is anxious for Mr. Gonzalez-Torres to be released so that he can return to full time work.

Mr. Gonzalez-Torres has lived in the same apartment for the last two years; and he is in frequent contact with his brothers: Edgar Gonzalez-Torres, who also lives in Western Washington; and Ernesto Gonzalez-Torres, who is serving our country in the U.S. Marines.

Although Mr. Gonzalez-Torres' parents live in Mexico, he has not visited them in over six years. His passport expired years ago and is lost.

Mr. Gonzalez-Torres admits to some excessive drinking as well as recreational drug usage. He is willing to participate in whatever evaluation, testing and/or treatment that this Court might deem appropriate.

For the reasons stated above, we request that this Court authorize the pre-trial release of Defendant Gonzalez-Torres on conditions it deems appropriate.

RESPECTFULLY SUBMITTED this 8th day of September, 2020,

s/ Scott J. Engelhard<br>
Scott J. Engelhard<br>
WSBA #13963<br>
Attorney for Defendant

CERTIFICATION OF SERVICE

I hereby certify that on the date provided below, I filed the foregoing with the Clerk of the Court and the Plaintiff using the CM/ECF system.

Respectfully submitted this 8th day of September, 2020,

s/ Scott J. Engelhard
Scott J. Engelhard, WSBA #13963
Attorney for Defendant