> Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington
> September 9, 2020
> WILLIAM M. McCOOL, Clerk
> By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS DANIEL LERMA-JARAS, and <br><br> LIONEL GONZALEZ-TORRES, <br><br> Defendants. | CASE NO. CR20-146 JCC <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**Conspiracy to Distribute Heroin and Methamphetamine**

Beginning on a date unknown, but within the last five years, and continuing until on or about February 13, 2020, in King, Snohomish, and Skagit Counties, within the Western District of Washington, and elsewhere, JESUS DANIEL LERMA-JARAS, LIONEL GONZALEZ-TORRES, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including methamphetamine and heroin, substances controlled under Title 21, United States Code, Section 812, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 846.

The Grand Jury further alleges that with respect to JESUS DANIEL LERMA-JARAS and LIONEL GONZALEZ-TORRES, their conduct as members of the

INDICTMENT
*United States v. Lerma-Jaras, et al.* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

The Grand Jury further alleges that with respect to JESUS DANIEL LERMA-JARAS and LIONEL GONZALEZ-TORRES, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 1,000 grams or more of a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
### Distribution of Heroin

On or about October 25, 2018, in Snohomish County, within the Western District of Washington, JESUS DANIEL LERMA-JARAS and LIONEL GONZALEZ-TORRES did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, to wit: heroin, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (conspiracy).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

INDICTMENT
United States v. Lerma-Jaras, et al. - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

### COUNT 3
### Distribution of Heroin

On or about November 2, 2018, in Snohomish County, within the Western District of Washington, JESUS DANIEL LERMA-JARAS did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, to wit: heroin, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (conspiracy).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

### COUNT 4
### Distribution of Methamphetamine

On or about November 6, 2018, in Snohomish County, within the Western District of Washington, JESUS DANIEL LERMA-JARAS did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, to wit: methamphetamine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 5 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (conspiracy).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### COUNT 5
### Possession of Heroin with Intent to Distribute

On or about November 27, 2018, in Snohomish County, within the Western District of Washington, JESUS DANIEL LERMA-JARAS did knowingly and

INDICTMENT
United States v. Lerma-Jaras, et al. - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

intentionally possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute, controlled substances, to wit: heroin, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (conspiracy).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 6
### Possession of a Stolen Firearm

On or about November 27, 2018, in Snohomish County, within the Western District of Washington, JESUS DANIEL LERMA-JARAS did knowingly possess the following three stolen firearms, to wit: (1) a Smith & Wesson, model SD9VE, 9mm semiautomatic pistol bearing serial number FYS8056, (2) a Glock, model 43, 9mm semiautomatic pistol bearing serial number BCTL543, and (3) a Glock, model 23, .40 caliber semiautomatic pistol bearing serial number BDNR061, all of which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen.

All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 7
### Distribution of Heroin and Methamphetamine

On or about May 29, 2019, in Snohomish County, within the Western District of Washington, LIONEL GONZALEZ-TORRES did knowingly and intentionally distribute, and aid and abet the distribution of, controlled substances, to wit: heroin and methamphetamine, substances controlled under Title 21, United States Code.

INDICTMENT
*United States v. Lerma-Jaras, et al.* - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense involved 5 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that this offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (conspiracy).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 8
### Distribution of Heroin and Methamphetamine

On or about June 12, 2019, in Snohomish County, within the Western District of Washington, LIONEL GONZALEZ-TORRES did knowingly and intentionally distribute, and aid and abet the distribution of, controlled substances, to wit: heroin and methamphetamine, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 5 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (conspiracy).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and (C), and Title 18, United States Code, Section 2.

## COUNT 9
### Possession of Heroin and Methamphetamine with Intent to Distribute

On or about June 20, 2019, in Snohomish and Skagit Counties, within the Western District of Washington, LIONEL GONZALEZ-TORRES did knowingly and

INDICTMENT
*United States v. Lerma-Jaras, et al.* - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

intentionally possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute, controlled substances, to wit: methamphetamine and heroin, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that this offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (conspiracy).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and (B), and Title 18, United States Code, Section 2.

### COUNT 10
### Distribution of Heroin and Methamphetamine

On or about July 31, 2019, in King County, within the Western District of Washington, JESUS DANIEL LERMA-JARAS and LIONEL GONZALEZ-TORRES did knowingly and intentionally distribute, and aid and abet the distribution of, controlled substances, to wit: methamphetamine and heroin, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 5 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (conspiracy).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and (C), and Title 18, United States Code, Section 2.

INDICTMENT
*United States v. Lerma-Jaras, et al.* - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 11
### Distribution of Heroin

On or about February 13, 2020, in King County, within the Western District of Washington, JESUS DANIEL LERMA-JARAS and LIONEL GONZALEZ-TORRES did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, to wit: heroin, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (conspiracy).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 12
### Possession of Heroin with Intent to Distribute

On or about September 1, 2020, in Skagit County, within the Western District of Washington, LIONEL GONZALEZ-TORRES did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute, controlled substances, to wit: methamphetamine and heroin, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 1,000 grams or more of a mixture or substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (conspiracy).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

INDICTMENT
*United States v. Lerma-Jaras, et al.* - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ASSET FORFEITURE ALLEGATIONS

All of the allegations contained in this Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture.

### Count 1
### Conspiracy to Distribute Heroin and Methamphetamine

Upon conviction of the offense alleged in Count 1, the defendants JESUS DANIEL LERMA-JARAS and LIONEL GONZALEZ-TORRES shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to:

a. $7,540 in U.S. currency that was seized from LIONEL GONZALEZ-TORRES in Burlington, Washington on June 20, 2019; and,

b. Sums of money reflecting the proceeds each defendant obtained from the offense.

### Count 2
### Distribution of Heroin

Upon conviction of the offense alleged in Count 2, the defendants JESUS DANIEL LERMA-JARAS and LIONEL GONZALEZ-TORRES shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to sums of money reflecting the proceeds each defendant obtained from the offense.

### Count 3
### Distribution of Heroin

Upon conviction of the offense alleged in Count 3, the defendant JESUS DANIEL LERMA-JARAS shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not

INDICTMENT
*United States v. Lerma-Jaras, et al.* - 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

limited to a sum of money reflecting the proceeds the defendant obtained from the offense.

### Count 4
### Distribution of Methamphetamine

Upon conviction of the offense alleged in Count 4, the defendant JESUS DANIEL LERMA-JARAS shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to a sum of money reflecting the proceeds the defendant obtained from the offense.

### Count 5
### Possession of Heroin with Intent to Distribute

Upon conviction of the offense alleged in Count 5, the defendant JESUS DANIEL LERMA-JARAS shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

### Count 6
### Possession of a Stolen Firearm

Upon conviction of the offense alleged in Count 6, the defendant JESUS DANIEL LERMA-JARAS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and associated ammunition that were involved in the offense.

### Count 7
### Distribution of Heroin and Methamphetamine

Upon conviction of the offense alleged in Count 7, the defendant LIONEL GONZALEZ-TORRES shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to a sum of money reflecting the proceeds the defendant obtained from the offense.

*United States v. Lerma-Jaras, et al.* - 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## Count 8
### Distribution of Heroin and Methamphetamine

Upon conviction of the offense alleged in Count 8, the defendant LIONEL GONZALEZ-TORRES shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to a sum of money reflecting the proceeds the defendant obtained from the offense.

## Count 9
### Possession of Heroin and Methamphetamine with Intent to Distribute

Upon conviction of the offense alleged in Count 9, the defendant LIONEL GONZALEZ-TORRES shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

## Count 10
### Distribution of Heroin

Upon conviction of the offense alleged in Count 10, the defendants JESUS DANIEL LERMA-JARAS and LIONEL GONZALEZ-TORRES shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to sums of money reflecting the proceeds each defendant obtained from the offense.

## Count 11
### Distribution of Heroin

Upon conviction of the offense alleged in Count 11, the defendants JESUS DANIEL LERMA-JARAS and LIONEL GONZALEZ-TORRES shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to a sum of money reflecting the proceeds the defendant obtained from the offense.

INDICTMENT
*United States v. Lerma-Jaras, et al.* - 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## Count 12
### Possession of Heroin with Intent to Distribute

Upon conviction of the offense alleged in Count 12, the defendant LIONEL GONZALEZ-TORRES shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;has been placed beyond the jurisdiction of the Court;

    c.    has been substantially diminished in value; or,

//
//
//

INDICTMENT
*United States v. Lerma-Jaras, et al.* - 11

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | d.  has been commingled with other property which cannot be divided without |
| 2 | difficulty, |

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: September 9, 2020

*(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)*

_____
FOREPERSON

BRIAN T. MORAN
United States Attorney

VINCENT T. LOMBARDI
Assistant United States Attorney

C. ANDREW COLASURDO
Assistant United States Attorney

STEVEN HOBBS
Assistant United States Attorney

INDICTMENT
*United States v. Lerma-Jaras, et al.* - 12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970