# DEFENDANT STATUS SHEET

(One for each defendant)

## I. CASE STATUS

Name of Defendant: JESUS DANIEL LERMA-JARAS

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ 20-560         CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on September 17, 2020 at 9 am

   Defense Attorney's Name and address: Peter Mazzone

The estimated trial time is   7   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I. CASE STATUS

Name of Defendant: LIONEL GONZALEZ-TORRES

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ 20-560            CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on September 24, 2020 at 9 am

   Defense Attorney's Name and address: Scott Engelhard

The estimated trial time is   7   days.

(Revised March 2018)