UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LIONEL GONZALEZ-TORRES, <br><br> Defendant. | NO. CR20-146 JCC <br><br> ORDER CONTINUING CONDITIONS OF RELEASE |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that conditions of release be continued as previously set.

DATED this 9th day of September, 2020.

*[signature]*

UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING – 1
CONDITIONS OF RELEASE