

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*700 Stewart Street, Suite 5220*  *Tel: (206) 553-7970*
*Seattle WA, 98101-1271*  *Fax: (206) 553-4440*
*www.usdoj.gov/usao/waw*

September 11, 2020

**<u>VIA ECF</u>**
Scott Engelhard
Attorney at Law

   Re: *United States v. Lionel Gonzalez-Torres*
     <u>No. CR20-146 JCC, USDC, W.D. Washington</u>

Dear Counselor:

  Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

   Date:  Thursday, September 17, 2020

   Time:  9:00 a.m.

   Before: Michelle L. Peterson, United States Magistrate Judge

   Place:  United States Courthouse, Room 12B
       700 Stewart Street, 12th Floor, Seattle, WA  98101

  It will be necessary that you and your client be present at the time and place indicated above, or via video or teleconference as directed by the Court.  The indictment and other documents related to this case are available on the Court's Electronic Docketing System.

  If this is your client's first appearance, please contact U.S. Probation and Pretrial Services, 206-370-8950 (Seattle) or 253-882-3705 (Tacoma), to schedule a pretrial interview in advance of the arraignment.

  The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 <u>et</u>. <u>seq</u>.), and the District's Plan for Prompt Disposition of Criminal Cases, available on the Court's website: https://www.wawd.uscourts.gov.

           Very truly yours,

           BRIAN T. MORAN
           United States Attorney

           *s/ C. Andrew Colasurdo*
           C. ANDREW COLASURDO
           Assistant United States Attorney