UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR20-146 |
| Plaintiff, | |
| v. | DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE |
| LIONEL GONZALEZ-TORRES, | |
| Defendant. | |

I, LIONEL GONZALEZ-TORRES, the above named defendant, acknowledge that I have

been advised by my lawyer and the Court – by this form -- that pursuant to the Federal Rules of

Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I generally have the right

to be personally present in open court to any hearing involving a criminal proceeding to which I

am a party.

I am scheduled to have the following hearing on:

Arraignment Hearing on September 17, 2020 at 9am.

I have been advised by my lawyer that because of coronavirus disease 2019 (COVID-19),

the Governor of the State of Washington has issued an Emergency Proclamation and Chief Judge

1   Ricardo S. Martinez in the Western District of Washington has issued a General Order 02-__

2   regarding Emergency Hearings.  As a result, I cannot currently be personally present in open

3   court for this scheduled hearing.  Therefore, I wish to waive my right to be personally present in

4   open court for the above-hearing(s), and acknowledge that my right to due process under the

5   Constitution is best protected by moving forward with the hearing(s) by video/telephonic

6   conference.

7        I have discussed with my lawyer this consent to appear and participate by

8   video/telephonic conference and have agreed to the same.

9        I have also authorized by lawyer to electronically execute this form on my behalf.

10       Dated this 17th day of September, 2020

11

12

13       _s/ Scott J. Engelhard_____
         Lawyer's signature, electronically executed,
         On behalf of Lionel Gonzalez-Torres

14

15

16

17

18

19

20

21

22

23

24

25   DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE
     AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC
     CONFERENCE - 2