Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br><br>LIONEL GONZALEZ-TORRES,<br>    Defendant. | Case No. 20-cr-146-JCC<br><br>DECLARATION OF LOST PASSPORT |

I, Lionel Gonzalez-Torres, defendant in the above-referenced matter, declare as follows:

1. I no longer have a valid passport, and I have lost my expired passport.

2. To the best of my recollection, my passport expired in 2018.

3. I no longer have possession of my expired passport. To the best of my recollection, my expired passport was lost or accidentally discarded in 2016.

I DECLARE under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Declaration re: lost passport - 1

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 981201
206-683-2020

RESPECTFULLY SUBMITTED in Seattle, Washington this 1st day of October, 2020,

*Lionel Gonzalez~Torres*

        Lionel Gonzalez-Torres
        Defendant

CERTIFICATION OF SERVICE

I hereby certify that on the date provided below, I filed the foregoing with the Clerk of the Court and the Plaintiff using the CM/ECF system.

Respectfully submitted this 2nd day of October, 2020,

s/ *Scott J. Engelhard*

SCOTT J. ENGELHARD, WSBA #13963
Attorney for Defendant