Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESUS DANIEL LERMA-JARAS, and<br>LIONEL GONZALEZ-TORRES,<br><br>    Defendants. | Case No. 20-cr-146-JCC<br><br>ORDER [PROPOSED] |

This Court, having considered the Unopposed Motion to Continue Trial Date and Deadline for Filing Pre-trial Motions filed by Defendant Gonzalez-Torres, and the pleadings related thereto, does hereby grant the motion. The Court finds that the requested continuance is necessary to allow defense counsel a reasonable time to effectively prepare for trial, and to file pretrial motions. The interests of providing the defense with effective assistance of counsel outweigh the interests of

Order - 1

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020

the public and the defendant in a speedy trail. A failure to grant the requested motion might result in a miscarriage of justice. 18 U.S.C. §18 U.S.C. §§ 3161(h)(7)(B)(i), (ii) and (iv).

This Court ORDERS as follows:

The trial date is continued from November 9, 2020 to _____, 2021. The deadline for filing pre-trial motions is continued to _____, 2021. The time between the date of this Order and the new trial date is excludable pursuant to 18 U.S.C. §3161.

DATED this \_\_\_ day of _____, 2020,

_____
Honorable John C. Coughenour
Western District of Washington

**Certificate of Service**

I, Scott J. Engelhard, certify and declare that on this date, I served a true and correct copy of the opposing party via the *ecf* system of this court.

I swear under the laws of perjury for the State of Washington that the foregoing is true and correct.

| | |
|---|---|
| October 6, 2020  Seattle, WA Engelhard | s/ Scott J. |
| Date and Place | Scott J. Engelhard |

Order - 3

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020