Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JESUS DANIEL LERMA-JARAS, and<br>LIONEL GONZALEZ-TORRES<br><br>　　　　Defendants. | Case No. 20-cr-146-JCC<br><br>WAIVER OF RIGHT TO SPEEDY<br>TRIAL OF DEFENDANT<br>GONZALEZ-TORRES |

I, Lionel Gonzalez-Torres, defendant in the above-referenced matter, have been advised by my attorney of record of my right to a speedy and public trial pursuant to the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. 3161 et. Seq.. With the advice of counsel, I knowingly waive my right to a speedy trial from today up to and including August 12, 2021. I hereby consent to a

Waiver of Right to Speedy Trial - 1

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020

continuance of my trial to any date prior to August 12, 2021 that may be convenient to the Court.

RESPECTFULLY SUBMITTED this 08 day of October, 2020,

_____
Lionel Gonzalez-Torres
Defendant

CERTIFICATION OF SERVICE

I hereby certify that on the date provided below, I filed the foregoing with the Clerk of the Court and the Plaintiff using the CM/ECF system.

Respectfully submitted this 14th day of October, 2020,

s/ Scott J. Engelhard
Scott J. Engelhard, WSBA #13963
Attorney for Defendant