WA/WD PTS-Modification (01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

**Date of Report:** 02/09/2021

**Name of Defendant:**  Lionel Gonzalez-Torres  **Case Number:** 2:20CR00146

**Name of Judicial Officer:**   The Honorable Michelle L. Peterson, United States Magistrate Judge

**Original Offense:**   Count 1: Conspiracy to Distribute Heroin and Methamphetamine; Count 2: Distribution of Heroin; Counts 7 and 8: Distribution of Heroin and Methamphetamine; and Count 9: Possession of Heroin and Methamphetamine with Intent to Distribute

**Date Supervision Commenced:** 09/09/2020

Bond Conditions Imposed:

- Travel is restricted to Western District of Washington, or as directed by Pretrial Services.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.

- The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant will be monitored by Global Positioning Satellite technology via mobile application which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. The location monitoring specialist will coordinate the defendant's release with the U.S. Marshal's

- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.

- The defendant shall obtain a molecular COVID-19 test prior to release from custody. Should he test positive for COVID-19, the US Marshals Service shall immediately notify US Probation Office. The Pretrial Services Officer will coordinate the defendant's release with the U.S. Marshals.

---

**PETITIONING THE COURT**

☒   To modify the conditions of supervision

DELETE:

The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant will be monitored by Global Positioning Satellite technology via mobile application which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.

Case 2:20-cr-00146-JCC   Document 55   Filed 02/17/21   Page 2 of 2

The Honorable Michelle L. Peterson, United States Magistrate Judge                                    Page 2
Report on Defendant Under Pretrial Services Supervision                                              2/9/2021

## CAUSE

On September 9, 2020, Mr. Gonzalez-Torres appeared for his initial appearance and was ordered released to Pretrial Services supervision with special conditions, to include location monitoring, stand-alone monitoring component with Smartlink technology. Since Mr. Gonzalez-Torres commenced the location monitoring program on September 10, 2020, he had a few technical violations including late check ins. He quickly regained compliance and has been consistently checking in on time. Mr. Gonzlez-Torres is currently employed in the concrete business. He lives alone and maintains stable housing. He is responsive when I have contacted him and maintains regular contact. Due to his compliance, it is respectfully recommended that Mr. Gonzalez-Torres' bond condition be modified deleting the location monitoring condition.

I consulted with Assistant United States Attorney, Stephen Hobbs, and he objects to the request for modification and requests a hearing. Defense counsel, Scott Englehard, has been advised and he concurs with the modification request.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 9th day of February, 2021.

BY:

Julie Jansen
United States Probation Officer

Jaymie Parkhurst
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**

☑ Modify the Conditions as noted above
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

Michelle L. Peterson, United States Magistrate Judge

February 17, 2021
Date