Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIONEL GONZALEZ-TORRES,<br><br>　　　　Defendant. | Case No.  20-cr-146-JCC<br><br>MOTION FOR DISCLOSURE OF MOTION TO DISMISS FILED BY CO-DEFENDANT<br><br>*Noting Date: March 5, 2021* |

Defendant Gonzalez-Torres, by and through his attorney of record, hereby moves for disclosure of the Motion to Dismiss Indictment filed by co-defendant Jesus Lerma-Jaras on February 12, 2021 – Docket No. 52 (hereinafter, "Motion to Dismiss").

The Motion to Dismiss was sealed by the clerk at the direction of chambers, pursuant to LCrR 55. Co-defendant Lerma-Jaras is currently unrepresented by

counsel, as his previous counsel was terminated on February 8, 2021 (Docket No. 51), and new counsel has not yet been appointed to represent Mr. Lerma-Jaras.

Local Criminal Rule 55(b)(13) provides that the clerk shall seal and limit access to "documents received from a defendant who is represented by counsel, *pending review by and specific order of the court.*" Although Mr. Lerma-Jaras is not currently represented by counsel, we request that this Court review the submitted documents.

Defendant Gonzalez-Torres is concerned that the filed documents contain case-related statements by his co-defendant. If so, defendant Gonzalez-Torres requests disclosure of those documents to his counsel. Without disclosure, this document might be considered an *ex parte* communication. Defendant Gonzalez-Torres may wish to file a response to the Motion to Dismiss, or choose some other course of action.

Even if this Court determines that the Motion to Dismiss should remain under seal, we respectfully request that this Court consider disclosure of the document to defendant Gonzalez-Torres – even if a protective order is deemed appropriate.

RESPECTFULLY SUBMITTED this 22nd day of February, 2021,

s/ Scott J. Engelhard
Scott J. Engelhard
WSBA #13963
Attorney for Defendant