THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS DANIEL LERMA-JARAS, and<br>LIONEL GONZALEZ-TORRES,<br><br>Defendants. | CASE NO. CR20-0146-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Jesus Daniel Lerma-Jaras's *pro se* motions to dismiss (Dkt. Nos. 52, 53) and Defendant Lionel Gonzalez-Torres's motion to unseal the motions to dismiss (Dkt. No. 56). Since filing these *pro se* motions, Mr. Lerma-Jaras has been appointed new counsel. (Dkt. No. 57.) He now consents to his *pro se* motions being unsealed and agrees to withdraw them. (*See* Dkt. No. 63.) Accordingly, the Court GRANTS Defendant Gonzalez-Torres's motion to unseal the motions to dismiss (Dkt. No. 56) and DIRECTS the Clerk to unseal docket numbers 52 and 53. Mr. Lerma-Jaras may renew these motions by the pretrial motions deadline.

//

1    DATED this 15th day of April 2021.

2                                                    William M. McCool
                                                     Clerk of Court
3

4                                                    s/Paula McNabb
                                                     Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
CR20-0146-JCC
PAGE - 2