Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) Case No. 20-cr-146-JCC |
| vs. | ) MOTION TO SEAL |
| | ) *Noting Date: October 29, 2021* |
| DEVAUGHN WOODS, | ) |
| Defendant. | ) |

Pursuant to LCR 5(g), the Defendant hereby moves this Court an order sealing the evaluation records submitted in conjunction with the sentencing in the above-refenced matter. The Motion to Seal is based upon the following Declaration of Scott J. Engelhard.

<u>DECLARATION OF SCOTT J. ENGELHARD</u>

I, Scott J. Engelhard, declare as follows:

1. I am the attorney of record for the Defendant in the above-referenced matter.

Motion to Seal - 1

SCOTT J. ENGELHARD
1700 Seventh Ave., #2100
Seattle, Washington 98101
206-683-2020

2. The records submitted by the defendant are confidential matters to which the public should not be privy. The petitioner's privacy interests, as well as the government's privacy interests, outweigh the public's general right to access to this pleading.

RESPECTFULLY SUBMITTED this 19th day of October, 2021,

s/ Scott J. Engelhard
SCOTT J. ENGELHARD
WSBA #13963
Attorney for Defendant