Dear Judge Coughenour,


Hello I am Lionel Gonzalez-Torres writing has never been my favorite thing I simply want to say I take full responsibility for my actions. I hate the suffering that my actions has caused to my family the few I truly care for. I have started working with Lonnie G Kaman and she has helped me deal with some of the things on my own because I saw it as a weakness to talk about my past. I ask only for the chance to turn my life around and head down the right path.


    Sincerely,
    Lionel Gonzalez-Torres