THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LIONEL GONZALEZ-TORRES,<br><br>　　　　　　Defendant. | CASE NO. CR20-0146-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 81).[1] Having thoroughly considered Defendant's motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained below.

The First Amendment protects the public's right of access to criminal trials. *See, e.g.*, *Globe Newspaper Co. v. Super. Ct. for Norfolk Cnty.*, 457 U.S. 596, 606 (1982). The public also has a common law right to inspect and copy public records, including those from judicial proceedings. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). But these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for

---

[1] The caption in Defendant's motion lists Devaughn Woods as a defendant. No one by that name is a party to this case. The Court assumes this is a typo and that the motion concerns Defendant, i.e., Mr. Gonzalez-Torres.

ORDER
CR20-0146-JCC
PAGE - 1

protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017).

The Court has reviewed the documents that Defendant seeks to keep sealed and finds that sealing them serves a compelling interest in protecting Defendant's privacy in his personal medical information. Additionally, the Government does not oppose this request.

Accordingly, the Court GRANTS Defendant's motion to seal. (Dkt. No. 81.)

DATED this 17th day of November 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE